1  J. AL LATHAM, JR. (SB# 71605)
   allatham@paulhastings.com
2  JAN E. EAKINS (SB# 100612)
   janeakins@paulhastings.com
3  NICOLE M. HERTER (SB# 255152)
   nicoleherter@paulhastings.com
4  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   515 S. Flower Street, 25the Floor
5  Los Angeles, CA  90071
   Telephone:  (213) 683-6000
6  Facsimile:  (213) 996-3356

7  Attorneys for Defendants
   AT&T SERVICES, INC., AT&T MANAGEMENT SERVICES LP;
8  AT&T MOBILITY SERVICES LLC, SOUTHWESTERN BELL YELLOW PAGES, INC.,
   AT&T OPERATIONS, INC., and YELLOWPAGES.COM LLC
9
   THOMAS W. FALVEY (SB# 65744)
10 J.D. HENDERSON (SB # 235767)
   LAW OFFICES OF THOMAS W. FALVEY
11 301 North Lake Avenue, Suite 800
   Pasadena, CA  91101
12 Telephone:  (626) 795-0205

13 Attorneys for Plaintiff HERMAN LU
   *[Other Plaintiff's Counsel Continued on Next Page]*
14
                    UNITED STATES DISTRICT COURT
15
        NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION
16

17
18 HERMAN LU, an individual, on  behalf of       CASE NO. CV 10-5954-SBA
   himself and all others similarly situated,
19                                               **JOINT STIPULATION TO EXTEND**
              Plaintiff,                         **BRIEFING SCHEDULE FOR**
20                                               **DEFENDANTS' OPPOSITION AND**
        vs.                                      **PLAINTIFF'S REPLY TO PLAINTIFF'S**
21                                               **MOTION FOR CERTIFICATION**
   AT&T MOBILITY SERVICES LLC, a                 **PURSUANT TO 28 U.S.C. § 1292(B);**
22 Delaware limited liability company; and       **DECLARATION OF JAN E. EAKINS IN**
   DOES 1 through 10,                            **SUPPORT THEREOF; AND  ORDER**
23
              Defendants.
24                                               Date:     October 25, 2011
                                                 Time:     10:00 a.m.
25                                               Ctrm:     1
26                                               Hon. Saundra Brown Armstrong
27
28
                                                 JOINT STIP TO CONTINUE BRIEFING
                                                 Case No. C 10-5954 SBA

Benjamin Schonbrun (SB# 118323)
V. James DeSimone (SB# 119668)
Michael Seplow (SB# 150183)
Courtney Abrams (SB# 265742)
SCHONBRUN DESIMONE SEPLOW
HARRIS HOFFMAN & HARRISON LLP
723 Ocean Front Walk
Venice, CA  90291
Telephone:  (310) 396-0731

Attorneys for Plaintiff
HERMAN LU

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1    In accordance with Civil Local Rule 6-2, Plaintiff Herman Lu ("Plaintiff") and

2    defendants AT&T Services, Inc., AT&T Management Services LP, AT&T Mobility Services

3    LLC, Southwestern Bell Yellow Pages, Inc., AT&T Operations, Inc., and YellowPages.com LLC

4    (collectively "Defendants"), acting by and through their respective counsel of record, hereby

5    submit this stipulated request to extend the briefing schedule for Defendants to file their

6    opposition to Plaintiff's Motion for Certification Pursuant to 28 U.S.C. § 1292(b) ("Motion for

7    Certification") and for Plaintiff to file his Reply In Support of his Motion for Certification.  The

8    parties jointly seek to:  (1) extend the time for Defendants to file their Opposition by one week to

9    July 27, 2011, and (2) extend the time for Plaintiff to file his Reply by one week to August 10,

10   2011.

11   The reason for this brief continuance is because counsel for Defendants calendared

12   the deadline in which to oppose Plaintiff's Motion for Certification, based on the Northern

13   District Local Rules dated September 2010, which provided that the opposition deadline was

14   governed by the hearing date.  Counsel for Defendants first became aware of the recent change to

15   the Northern District Local Rules dated June 2011, on July 20, 2011 – the date on which

16   Defendants' Opposition is due pursuant to the recently amended Local Rules.  As such, counsel

17   for Defendants requested and the parties agreed to seek a one-week extension in the briefing

18   schedule to provide Defendants with time to oppose Plaintiff's Motion for Certification, and for

19   Plaintiff to have sufficient time to reply to Defendants' Opposition.  The date of the hearing set

20   by the Court remains unchanged on October 25, 2011.  *See* Declaration of Jan E. Eakins ("Eakins

21   Decl.") ¶¶ 4-8, attached hereto.

22   ACCORDINGLY, the parties hereby stipulate and request the following:

23   1.    Defendants' Opposition to Plaintiff's Motion for Certification will be filed

24   and served no later than July 27, 2011.

25   2.    Plaintiff's Reply in Support of His Motion for Certification will be filed

26   and served no later than August 10, 2011.

27

28

JOINT STIP TO CONTINUE BRIEFING
Case No. C 10-5954 SBA

1          3.     The hearing date for the Motion for Certification, set for October 25, 2011,

2   at 10:00 a.m., remains unchanged.

3

4   DATED:  July 20, 2011          PAUL, HASTINGS, JANOFSKY & WALKER LLP

5                                  By: _____ /s/ Jan E. Eakins _____
                                            JAN E. EAKINS
6
                                   Attorneys for Defendants
7                                  AT&T SERVICES, INC., AT&T MANAGEMENT
                                   SERVICES LP, AT&T MOBILITY SERVICES LLC,
8                                  SOUTHWESTERN BELL YELLOW PAGES, INC., AT&T
                                   OPERATIONS, INC., and YELLOWPAGES.COM LLC
9

10  DATED:  July 20, 2011          SCHONBRUN DeSIMONE SEPLOW
                                   HARRIS HOFFMAN & HARRISON LLP
11

12                                 By: _____ /s/ Courtney Abrams _____
                                            COURTNEY ABRAMS
13
                                   Attorneys for Plaintiff
14                                 HERMAN LU

15

16

17  PURSUANT TO STIPULATION, IT IS SO ORDERED.

18

19

20

21  DATE:__7/22/11                 _____
                                   Hon. Saundra Brown Armstrong
22

23

24

25

26

27

28
                                   JOINT STIP TO CONTINUE BRIEFING
                                   Case No. C 10-5954 SBA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOINT STIP TO CONTINUE BRIEFING
Case No. C 10-5954 SBA